IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BARRY PAYTON, JR.,                                               PLAINTIFF
ADC #144723

v.                              No. 5:14-cv-347-DPM-JTK

SCOTTIE ARRINGTON, Correctional Officer,
Delta Regional Unit; SPENCER TICE, Correctional
Officer, Delta Regional Unit; RAY HOBBS,
Director, Arkansas Department of Correction;
BOBBY ROBINSON, Fellow Inmate;
GIBSON, Deputy Warden, Delta Regional
Unit; BANKS, Warden, Delta Regional Unit;
and MELODY PEACOCK BURNETT                          DEFENDANTS


ORDER

Unopposed partial recommendation, № 5, adopted. FED. R. CIV. P. 72(b)

(1983 Addition to Advisory Committee Notes).  Hobbs, Robinson, Gibson,

Banks, and Burnett are dismissed without prejudice.  Payton's denial of

medical care and treatment claims are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_23 October 2014_