# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**BARRY PAYTON, JR.**  **PLAINTIFF**
**ADC #144723**

v.  No. 5:14-cv-347-DPM-JTK

**SCOTTIE ARRINGTON, Correctional Officer,**
**Delta Regional Unit and SPENCER TICE,**
**Correctional Officer, Delta Regional Unit**  **DEFENDANTS**

## ORDER

Unopposed partial recommendation, № 23, adopted. FED. R. CIV. P. 72(b)(1983 Addition to Advisory Committee Notes). All claims against Tice are dismissed without prejudice for lack of service.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 March 2015