IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BARRY PAYTON, JR.
ADC #144723                                                                              PLAINTIFF

v.                                      No. 5:14-cv-347-DPM

SCOTTIE ARRINGTON, Correctional Officer,
Delta Regional Unit                                                                      DEFENDANT

ORDER

Unopposed recommendation, № 29, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Arrington's motion for summary judgment, № 25, is granted. Payton's claims against Arrington will be dismissed without prejudice for failure to exhaust. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 August 2015