IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BARRY PAYTON, JR.
ADC #144723                                                                              PLAINTIFF

v.                                       No. 5:14-cv-347-DPM

SCOTTIE ARRINGTON, Correctional Officer,
Delta Regional Unit; SPENCER TICE, Correctional
Officer, Delta Regional Unit; RAY HOBBS, Director,
Arkansas Department of Correction; BOBBY ROBINSON,
Fellow Inmate; GIBSON, Deputy Warden, Delta Regional
Unit; BANKS, Warden, Delta Regional Unit;
and MELODY PEACOCK BURNETT                                                     DEFENDANTS

## JUDGMENT

1. Payton's claims against Hobbs, Robinson, Gibson, Banks, and Burnett are dismissed without prejudice for failure to state a claim.

2. Payton's claim that he was denied medical care and treatment is dismissed without prejudice for failure to state a claim.

3. Payton's claims against Tice are dismissed without prejudice for lack of service.

4. Payton's claims against Arrington are dismissed without prejudice for failure to exhaust.

*[signature]*

D.P. Marshall Jr.
United States District Judge
28 August 2015